# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
### ST. PAUL DIVISION

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):** <br> Midwest Oil of Minnesota, LLC | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| **All Other Names used by the Debtor in the last 8 years** (include married, maiden, and trade names): | **All Other Names used by the Joint Debtor in the last 8 years** (include married, maiden, and trade names): |
| **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN** (if more than one, state all): 39-1785920 | **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN** (if more than one, state all): |
| **Street Address of Debtor** (No. and Street, City, and State): <br> 236 Grand Ave <br> St Paul, MN <br> ZIP CODE 55102 | **Street Address of Joint Debtor** (No. and Street, City, and State): <br> ZIP CODE |
| **County of Residence or of the Principal Place of Business:** <br> Ramsey | **County of Residence or of the Principal Place of Business:** |
| **Mailing Address of Debtor (if different from street address):** <br> 902 N Market St, Suite 704 <br> Wilmington, DE <br> ZIP CODE 19801 | **Mailing Address of Joint Debtor (if different from street address):** <br> ZIP CODE |
| **Location of Principal Assets of Business Debtor (if different from street address above):** <br> 236 Grand Avenue, St. Paul, MN <br> ZIP CODE 55102 | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

# Voluntary Petition
*(This page must be completed and filed in every case.)*

Name of Debtor(s): **Midwest Oil of Minnesota, LLC**

| All Prior Bankruptcy Cases Filed Within Last 8 Years | (If more than two, attach additional sheet.) | |
|---|---|---|
| Location Where Filed: **Delaware** | Case Number: **09-10878** | Date Filed: **3/16/2009** |
| Location Where Filed: **Delaware** | Case Number: **10-12771 (KJC)** | Date Filed: **9/1/2010** |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor | (If more than one, attach additional sheet.) | |
|---|---|---|
| Name of Debtor: **U.S. Acquisitions & Oil, In.c** | Case Number: **10-14121 (KJC)** | Date Filed: **12/22/2010** |
| District: **Delaware** | Relationship: **Affiliate Entitiy** | Judge: **Kevin J. Carey** |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☑ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
   Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

In re:   **Midwest Oil of Minnesota, LLC.**            **Chapter 11 Bankruptcy Filing**

Prior Bankruptcy Case:

Location:      Minnesota
Case No.:      10-35450
Date Filed:    7/26/2010

| **Voluntary Petition** | Name of Debtor(s): **Midwest Oil of Minnesota, LLC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  /s/ Rebekah M. Nett

**Rebekah M. Nett**          Bar No. **0299571**
Westview Law Center PLC
1303 South Frontage Rd, Suite 1
Hastings, MN 55033

Phone No. (651) 437-3100      Fax No. (651) 846-6414

1/19/11
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Midwest Oil of Minnesota, LLC**

X 
Signature of Authorized Individual

**Naomi Isaacson**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**1/19/11**
Date

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE: **Midwest Oil of Minnesota, LLC**　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　**11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Washington County<br>14949 62nd North<br>PO Box 200<br>Stillwater, MN 55082 | | Real Estate Taxes | Disputed | $88,833.49 |
| Associated Bank, N.A.<br>222 Bush Street<br>Red Wing, MN 55066 | | Purchase Money | Disputed | $45,675.00 |
| First Lease<br>1300 Virginia Drive, Suite 450<br>Fort Washington, PA 19034 | | Equipment Lease | Disputed | $41,121.63 |
| Freeborn County<br>411 South Broadway<br>Albert Lea, MN 56007 | | Real Estate Taxes | | $28,280.07 |
| Henry's Foods<br>104 McKay Ave N<br>Alexandria, MN 56308 | | Purchase Money | Disputed | $25,248.62 |
| Ramsey County<br>90 West Plato Blvd<br>PO Box 64097<br>Saint Paul, MN 55164 | | Real Estate Taxes | Disputed | $14,131.48 |

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
ST. PAUL DIVISION**

IN RE: **Midwest Oil of Minnesota, LLC**       Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Xcel Energy<br>414 Nicollet Mall<br>Minneapolis, MN 55401 | | Services | Disputed | $6,127.84 |
| Godfrey & Kahn<br>780 North Water Street<br>Milwaukee, WI 53202 | | Attorney Fees | Disputed | $3,453.80 |

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**Managing Member**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**1/19/11**_____     Signature:_____

*Naomi Isaacson*
**Managing Member**

American Bank of St Paul
1578 University Avenue West
St Paul, MN 55104

Associated Bank, N.A.
222 Bush Street
Red Wing, MN 55066

First Lease
1300 Virginia Drive, Suite 450
Fort Washington, PA 19034

Freeborn County
411 South Broadway
Albert Lea, MN 56007

Godfrey & Kahn
780 North Water Street
Milwaukee, WI 53202

Henry's Foods
104 McKay Ave N
Alexandria, MN 56308

JP Morgan Chase Bank, N.A.
Collateral Agent for TigerPeg Capital Co
PO Box 4893
Houston, TX 77232-4893

Midwest Oil of Anoka
PO Box 10568
Green Bay, WI 54307

Midwest Oil of Shawano, LLC
1206 E Green Bay Street
Shawano, WI 54166

Naomi Isaacson
328 4th Street SE
Minneapolis, MN 55414

Omni Environmental, Inc
1014 Bel Air Lane NW
Rochester, MN 55901

Peter Nett
367 Smith Ave N #1
St Paul, MN 55102

Ramsey County
90 West Plato Blvd
PO Box 64097
St Paul, MN 55164

Randall Yungerberg
365 Smith Ave N #2
St Paul, MN 55102

Rebekah M Nett
367 Smith Ave N
St Paul, MN 55102

SIST
902 N Market Street, Suite 704
Wilmington, DE 19801

Thelma J Brown
4308 Arthur Street NE
Minneapolis, MN 55421

Tiger Peg Capital Corp
707 Travis Street, 3rd Floor
Houston, TX 77002

Vermillion State Bank
107 East Main Street
Vermillion, MN 55085

Washington County
14949 62nd North
PO Box 200
Stillwater, MN 55082

William A Egan d/b/a Egan Oil
500 Bunker Lake Blvd NW
Anoka, MN 55303

William Dunnigan
168 N Griggs Street
St Paul, MN 55102

Xcel Energy  
414 Nicollet Mall  
Minneapolis, MN 55401

Yehud-Monosson USA, Inc.  
c/o Fabric Czar USA  
257 W 39th Street  
New York City, NY 10018