In re  **Midwest Oil of Minnesota, LLC**          Case No.    **11-30319**   _____

                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 236 Grand Ave, St. Paul MN 55102 | Fee Simple | | $2,750,000.00 | $2,998,826.36 |
| 2611 Bridge Ave, Albert Lea, MN | Fee Simple | | $1,150,000.00 | $2,684,155.79 |
| 365/367 Smith Ave N, St. Paul, MN | Vendee Interest | | $225,000.00 | $235,000.00 |
| 3355 Hadley Ave, Oakdale, MN | Fee Simple | | $2,550,000.00 | $2,183,000.00 |
| | | Total: | $6,675,000.00 | |

(Report also on Summary of Schedules)

In re  **Midwest Oil of Minnesota, LLC**                              Case No.   **11-30319**
                                                                                  (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Commerce State Bank<br>1700 S Silverbrook Drive<br>West Bend, WI 53095 | $5,629.79 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

In re  **Midwest Oil of Minnesota, LLC**          Case No.   **11-30319**
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

In re  **Midwest Oil of Minnesota, LLC**                                   Case No.     **11-30319**
                                                                                       (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | See attached list | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |

In re  **Midwest Oil of Minnesota, LLC**                      Case No.   **11-30319** _____
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment | $3,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____3_____ continuation sheets attached      **Total  >**      **$9,129.79**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA
### ST. PAUL DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MIDWEST OIL OF MINNESOTA, LLC. | : | Case No. 11-30319 |
| | : | |
| | : | |
| Debtor | : | |

## SCHEDULE B, ITEM 21
## LIST OF CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS, ALONG WITH VALUE OF EACH

1. West Bend Mutual Insurance Company: Estimated $100,000 in damages.

2. Garrow Oil Corp., Inc.: business interference suit. Estimated $200,000 in damages.

3. First Data Global Leasing: discrimination suit. Estimated $10,000,000 in damages.

4. Chase Bank: discrimination suit. Estimated $10,000,000 in damages.

5. American Bank of St. Paul: break of contract and discrimination suit. Estimated $500,000 in damages.

6. Commercial Mortgage Fund: extortion, fraud and interference with contract. Estimated $10,000,000 in damages.

7. Edward Charpentier: interference with contract. Estimated $1,000,000 in damages.

8. Rochester Post-Bulletin: Estimated $10,000,000 in damages.

9. Minneapolis Star-Tribune: Estimated $10,000,000 in damages.

10. Albert Lea Tribune: Estimated $2,000,000 in damages.

11. Vermillion State Bank: fraud, extortion, breach of contract and discrimination. Estimated $7,000,000 in damages.

12. Allied Insurance: bad faith insurance claim. Estimated $1,000,000.00 in damages.

B6D (Official Form 6D) (12/07)

In re  **Midwest Oil of Minnesota, LLC**     Case No.  __11-30319__

(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**American Bank of St. Paul**<br>**1578 University Avenue West**<br>**St. Paul, MN  55104** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**2611 Bridge Ave, Albert Lea MN 56007**<br>REMARKS:<br><br><br>VALUE:                     **$1,150,000.00** | | | X | **$593,855.59** | |
| ACCT #:<br><br>**JP Morgan Chase Bank, N.A.**<br>**Collateral Agent for TigerPeg Capital Co**<br>**PO Box 4893**<br>**Houston, TX  77232-4893** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**236 Grand Ave, St. Paul MN 55102**<br>REMARKS:<br><br><br>VALUE:                     **$2,750,000.00** | | | | **$908,526.16** | |
| **Representing:**<br>**JP Morgan Chase Bank, N.A.** | | **Tiger Peg Capital Corp.**<br>**707 Travis Street, 3rd Floor**<br>**Houston, TX  77002** | | | | **Notice Only** | **Notice Only** |
| **Representing:**<br>**JP Morgan Chase Bank, N.A.** | | **William A. Egan d/b/a Egan Oil**<br>**500 Bunker Lake Blvd NW**<br>**Anoka, MN 55303** | | | | **Notice Only** | **Notice Only** |
| | | Subtotal (Total of this Page) > | | | | **$1,502,381.75** | **$0.00** |
| | | Total (Use only on last page) > | | | | | |

____2____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Midwest Oil of Minnesota, LLC**                     Case No.  **11-30319**
                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Omni Environmental, Inc.**<br>**1014 Bel Air Lane NW**<br>**Rochester, MN  55901** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mechanic's Lien**<br>COLLATERAL:<br>**3355 Hadley Ave, Oakdale MN**<br>REMARKS:<br><br><br>VALUE:                    **$0.00** | | | X | **$6,839.95** | |
| ACCT #:<br><br>**Vermillion State Bank**<br>**107 East Main Street**<br>**Vermillion, MN  55085** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**3355 Hadley Ave, Oakdale MN**<br>REMARKS:<br><br><br>VALUE:            **$2,550,000.00** | | | X | **$2,183,000.00** | |
| ACCT #:<br><br>**William A. Egan d/b/a Egan Oil**<br>**500 Bunker Lake Blvd NW**<br>**St Paul, MN 55303** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**2611 Bridge Ave/236 Grand Ave**<br>REMARKS:<br><br><br>VALUE:            **$2,750,000.00** | | | X | **$2,090,300.20** | |
| ACCT #:<br><br>**William A. Egan d/b/a Egan Oil**<br>**500 Bunker Lake Blvd NW**<br>**St Paul, MN 55303** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Guarantee**<br>COLLATERAL:<br>**236 Grand Ave St. Paul, MN**<br>REMARKS:<br><br><br>VALUE:                    **$0.00** | | | | **$0.00** | |

Sheet no. ____**1**____ of ____**2**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >    **$4,280,140.15**    **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

02/02/2011 01:40:52pm

In re  **Midwest Oil of Minnesota, LLC**                    Case No.  __11-30319_____
                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**William Dunnigan<br>168 N Griggs St<br>St. Paul, MN  55102** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Vendee Interest**<br>COLLATERAL:<br>**365/367 Smith Ave  St. Paul MN**<br>REMARKS:<br><br><br><br>VALUE:                    **$225,000.00** | | | X | $235,000.00 | $10,000.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | $235,000.00 | $10,000.00 |
| Total (Use only on last page) > | $6,017,521.90 | $10,000.00 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Midwest Oil of Minnesota, LLC**                Case No. ___11-30319_____

                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Freeborn County**<br>**411 South Broadway**<br>**Albert Lea, MN 56007** | | DATE INCURRED:<br>CONSIDERATION:<br>**Real Estate Taxes**<br>REMARKS: | | | X | $28,280.07 | $28,280.07 | $0.00 |
| ACCT #:<br>**Ramsey County**<br>**90 West Plato Blvd**<br>**PO Box 64097**<br>**Saint Paul, MN 55164** | | DATE INCURRED:<br>CONSIDERATION:<br>**Real Estate Taxes**<br>REMARKS: | | | X | $14,131.48 | $14,131.48 | $0.00 |
| ACCT #:<br>**Washington County**<br>**14949 62nd North**<br>**PO Box 200**<br>**Stillwater, MN 55082** | | DATE INCURRED:<br>CONSIDERATION:<br>**Real Estate Taxes**<br>REMARKS: | | | X | $88,833.49 | $88,833.49 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $131,245.04 | $131,245.04 | $0.00 |
| Total > | $131,245.04 | | |
| (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| Totals > | | $131,245.04 | $0.00 |
| (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

B6F (Official Form 6F) (12/07)

In re  **Midwest Oil of Minnesota, LLC**　　　　　　　　　Case No.　**11-30319**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Associated Bank, N.A.** <br> **222 Bush Street** <br> **Red Wing, MN 55066** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Purchase Money** <br> REMARKS: | | | X | **$45,675.00** |
| ACCT #:  **6770** <br> **First Lease** <br> **1300 Virginia Drive, Suite 450** <br> **Fort Washington, PA 19034** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Equipment Lease** <br> REMARKS: | | | X | **$41,121.63** |
| **Representing:** <br> **First Lease** | | **First Lease** <br> **PO Box 57309** <br> **Philadelphia, PA 19111-7309** | | | | **Notice Only** |
| ACCT #: <br> **Godfrey & Kahn** <br> **780 North Water Street** <br> **Milwaukee, WI 53202** | | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | X | **$3,453.80** |
| ACCT #: <br> **Henry's Foods** <br> **104 McKay Ave N** <br> **Alexandria, MN 56308** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Purchase Money** <br> REMARKS: | | | X | **$25,248.62** |
| ACCT #: <br> **Xcel Energy** <br> **414 Nicollet Mall** <br> **Minneapolis, MN 55401** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | X | **$6,127.84** |
| | | | | Subtotal > | | **$121,626.89** |
| | | | | Total > | | **$121,626.89** |

_____**No**_____continuation sheets attached

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Midwest Oil of Minnesota, LLC**                    Case No.    **11-30319**

                                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Midwest Oil of Anoka**<br>PO Box 10568<br>Green Bay, WI 54307 | Midwest Oil of Anoka is the lessee for a lease at 236 Grand Ave, St. Paul MN 55102<br>Contract to be ASSUMED |
| **Peter Nett**<br>367 Smith Ave N #1<br>St. Paul, MN 55102 | Peter Nett is the lessee for the lease at 365/367 Smith Ave N, St. Paul MN 55102<br>Contract to be ASSUMED |
| **Randall Yungerberg**<br>365 Smith Ave N #2<br>St. Paul, MN 55102 | Randall Yungerberg is the lessee for the lease at 365/367 Smith Ave N, St. Paul MN 55102<br>Contract to be ASSUMED |
| **William A. Egan d/b/a Egan Oil Co.**<br>500 Bunker Lake Blvd. NW<br>Anoka, MN 55303 | Contract to supply petroleum products in exchange for money.<br>Contract to be ASSUMED |
| **Yehud-Monosson USA, Inc.**<br>c/o Fabric Czar<br>257 W 39th Street<br>New York City, NY 10018 | Yehud-Monosson USA, Inc is a leasee for the lease at 2611 Bridge Ave, Albert Lea MN 56007<br>Contract to be ASSUMED |

In re  **Midwest Oil of Minnesota, LLC**                                   Case No.    **11-30319**
                                                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Midwest Oil of Anoka**<br>PO Box 10568<br>Green Bay, WI 54307 | **Associated Bank, N.A.**<br>222 Bush Street<br>Red  Wing, MN 55066 |
| **Midwest Oil of Shawano, LLC**<br>1206 E Green Bay Street<br>Shawano, WI 54166 | **Associated Bank, N.A.**<br>222 Bush Street<br>Red  Wing, MN 55066 |
| **Naomi Isaacson**<br>328 4th Street SE<br>Minneapolis, MN 55414 | **American Bank of St. Paul**<br>1578 University Avenue West<br>St. Paul, MN  55104 |
| **Naomi Isaacson**<br>328 4th Street SE<br>Minneapolis, MN 55414 | **William A. Egan d/b/a Egan Oil**<br>500 Bunker Lake Blvd NW<br>St Paul, MN 55303 |
| **Naomi Isaacson**<br>328 4th Street SE<br>Minneapolis, MN 55414 | **Vermillion State Bank**<br>107 East Main Street<br>Vermillion, MN  55085 |
| **Naomi Isaacson**<br>328 4th Street SE<br>Minneapolis, MN 55414 | **William Dunnigan**<br>168 N Griggs St<br>St. Paul, MN  55102 |
| **Naomi Isaacson**<br>328 4th Street SE<br>Minneapolis, MN 55414 | **Henry's Foods**<br>104 McKay Ave N<br>Alexandria, MN  56308 |

In re  **Midwest Oil of Minnesota, LLC**                      Case No.   **11-30319**
                                                                         (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **S.I.S.T.**<br>902 North Market Street, Suite # 704<br>Wilmington, DE 19801 | **American Bank of St. Paul**<br>1578 University Avenue West<br>St. Paul, MN  55104 |
| **S.I.S.T.**<br>902 North Market Street, Suite # 704<br>Wilmington, DE 19801 | **William A. Egan d/b/a Egan Oil**<br>500 Bunker Lake Blvd NW<br>St Paul, MN 55303 |
| **S.I.S.T.**<br>902 North Market Street, Suite # 704<br>Wilmington, DE 19801 | **Vermillion State Bank**<br>107 East Main Street<br>Vermillion, MN  55085 |
| **S.I.S.T.**<br>902 North Market Street, Suite # 704<br>Wilmington, DE 19801 | **Associated Bank, N.A.**<br>222 Bush Street<br>Red  Wing, MN 55066 |
| **S.I.S.T.**<br>902 North Market Street, Suite # 704<br>Wilmington, DE 19801 | **First Lease**<br>1300 Virginia Drive, Suite 450<br>Fort Washington, PA 19034 |
| **Thelma J. Brown**<br>4308 Arthur Street NE<br>Minneapolis, MN 55421 | **William A. Egan d/b/a Egan Oil**<br>500 Bunker Lake Blvd NW<br>St Paul, MN 55303 |
| **Thelma J. Brown**<br>4308 Arthur Street NE<br>Minneapolis, MN 55421 | **American Bank of St. Paul**<br>1578 University Avenue West<br>St. Paul, MN  55104 |

In re  **Midwest Oil of Minnesota, LLC**                                    Case No.     __11-30319_____

                                                                                             (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 2*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **William A. Egan, d/b/a Egan Oil Co.**<br>500 Bunker Lake Blvd NW<br>Anoka, MN 55303 | **Tiger Peg Capital Corp.**<br>707 Travis Street, 3rd Floor<br>Houston, TX  77002 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## ST. PAUL DIVISION

In re  **Midwest Oil of Minnesota, LLC**

Case No.    **11-30319**

Chapter    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $6,675,000.00 | | |
| B - Personal Property | Yes | 4 | $9,129.79 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $6,017,521.90 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $131,245.04 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $121,626.89 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| | TOTAL | 15 | $6,684,129.79 | $6,270,393.83 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Midwest Oil of Minnesota, LLC**                    Case No.    **11-30319**

                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Managing Member**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**16**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date ____**2/2/11**_____        Signature _____

                                          **Naomi Isaacson**
                                          **Managing Member**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA
### ST. PAUL DIVISION

In re:   **Midwest Oil of Minnesota, LLC**                    Case No.   **11-30319** _____
                                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**None**
☑

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None**
☐

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$37,415.70** | **Midwest Oil of Anoka, 2611 Bridge Ave. Albert Lea, MN 56007, Rental Income 2009** |
| **$125,835.62** | **Midwest Oil of Anoka, 236 Grand Ave. St. Paul,  MN 55102, Rental Income 2009** |
| **$126,000.00** | **Midwest Oil of Anoka, 236 Grand Ave. St. Paul,  MN 55102, Rental Income 2010** |
| **$9,750.00** | **Four Plex, 365/367 Smith Ave N. St. Paul, MN, Rental Income 2009** |
| **$23,400.00** | **Four Plex, 365/367 Smith Ave N. St. Paul, MN, Rental Income 2010** |

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

**None**
☑

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**None**
☐

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Ramsey County Treasurer**<br>**90 West Plato Blvd**<br>**St. Paul, MN 55107** | **10/15/10** | **$19,154.00** | |
| **JP Morgan/Tiger-Peg Capital**<br>**PO Box 4893**<br>**Houston, TX 77252-4893** | **11/3/10**<br>**11/26/10**<br>**12/23/10** | **$10,417.81**<br>**$10,417.81**<br>**$10,417.81** | |
| **Freeborn County**<br>**411 South Broadway**<br>**Albert Lea, MN 56007** | **10/15/10** | **$10,816.81** | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

In re:  **Midwest Oil of Minnesota, LLC**                   Case No.  **11-30319**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None ☑  c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑  a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☑  a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## ST. PAUL DIVISION

In re:  **Midwest Oil of Minnesota, LLC**        Case No.  __11-30319_____

                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None
☐

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Cohen, Seglias, Pallas, Greenhall & Frum 30 Sotuh 17th Street, 19th Floor Philadelphia, PA 19103 | 3/1/10, 3/9/10, 3/16/10, 3/24/10, 3/29/10, 4/5/10, 4/13/10, 4/20/10, 4/27/10, 5/4/10, 6/1/10, 6/7/10, 6/21/10, 6/29/10 | $14,000.00 |

---

None
☑

### 10. Other transfers

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

None
☑

### 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

---

None
☑

### 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## ST. PAUL DIVISION

In re:  **Midwest Oil of Minnesota, LLC**                    Case No.  <u>11-30319</u>
                                                                     (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None
☑

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None
☑

### 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None
☑ 

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## ST. PAUL DIVISION

In re:  **Midwest Oil of Minnesota, LLC**          Case No.  **11-30319** _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐   a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Naomi Isaacson**<br>**328 - 4th Street SE**<br>**Minneapolis, MN  55414** | |

---

None ☑   b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None ☑   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None ☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Dr. R.C. Samanta Roy Institute of Science and Technology**<br>**902 North Market Street, Suite 704**<br>**Wilmington, DE 19801** | | **100%** |
| **Naomi Isaacson**<br>**328 4th Street SE**<br>**Minneapolis, MN  55414** | **Managing Member** | **N/A** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

In re: **Midwest Oil of Minnesota, LLC**          Case No.   **11-30319** _____
                                                                   (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☒ **22. Former partners, officers, directors and shareholders**

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☒ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

None ☒ **23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

None ☐ **24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Dr. R.C. Samanta Roy Institute of Science and Technology**<br>**902 North Market Street, Suite 704**<br>**Wilmington, DE 19801** | **39-1785920** |

---

None ☒ **25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **2/2/11** _____          Signature _____
                                                          **Naomi Isaacson**
                                                          **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*