UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
ST. PAUL DIVISION

IN RE:     CHAPTER   **11**

**Midwest Oil of Minnesota, LLC**

DEBTOR(S)     CASE NO   **11-30319**

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Dr. R.C. Samanta Roy Institute of Science and Technology<br>902 North Market Street, Suite 704<br>Wilmington, DE 19801 | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __**Managing Member**__ of the __**Corporation**__ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __**2/2/11**__      Signature: _[signature]_

*Naomi Isaacson*
**Managing Member**